WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-647—Claimant 

AMERICAN ASSOC. OF SCHOOL ADMINISTRATORS, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed May 10, 1974.*

AMERICAN ASSOCIATION OF SCHOOL ADMINISTRATORS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-235—Claimant 

NATIONAL EDUCATION ASSOCIATION, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed May 13, 1974.*

NATIONAL EDUCATION ASSOCIATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.